IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Boyd N. Boland

Civil Action No. 05-cv-00369-BNB-CBS

STEFANIE SUE JONES, and
DEAN JONES,

Plaintiffs,

v.

STEPHEN PILCHER, M.D.,
VALLEY-WIDE HEALTH SYSTEMS, INC., and
THE UNITED STATES OF AMERICA,

Defendants.
_____

## ORDER
_____

This matter arises on the **Unopposed Motion for Leave to Amend Complaint and Join Additional Parties** (the "Motion to Amend"), filed by plaintiff Stefanie Jones on November 23, 2005. I heard argument on the Motion to Amend this morning. Counsel for Stefanie Jones informs me that the proposed Amended Complaint attached to the Motion to Amend was prepared in error and does not achieve the result he seeks.

IT IS ORDERED that the Motion to Amend is DENIED WITHOUT PREJUDICE.

Dated December 8, 2005.

BY THE COURT:

s/ Boyd N. Boland
United States Magistrate Judge