IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Boyd N. Boland

Civil Action No. 05-cv-00369-BNB-CBS

STEFANIE SUE JONES, and
DEAN JONES,

Plaintiffs,

v.

THE UNITED STATES OF AMERICA,

Defendant.
_____

**ORDER**
_____

This matter arises in connection with my order to show cause entered on December 8, 2005. Plaintiff Dean Jones has responded to the order. I find that good cause exists to discharge the order to show cause.

In his response, the plaintiff also seeks leave to attend the status/scheduling conference on January 30, 2006, by telephone. The request violates local rule of practice 7.1A, D.C.COLO.LCivR, which requires that parties must confer prior to filing a motion; and rule 7.1C which provides that "[a] motion shall not be included in a response or reply. . . . A motion shall be made in a separate paper." I would deny the request, even if properly made, however, because I intend to set a case schedule at the January 30 hearing, and it is essential that counsel and pro se parties be present in person to complete that task.

IT IS ORDERED that the Order to Show Cause is Discharged.

IT IS FURTHER ORDERED that the request to attend the status/scheduling conference by telephone is DENIED.

Dated December 21, 2005.

                                          BY THE COURT:

                                          s/ Boyd N. Boland
                                          United States Magistrate Judge