IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Craig B. Shaffer**

Civil Action No. 05-cv-00369-PSF-CBS

STEFANIE SUE JONES,

    Plaintiff,

v.

THE UNITED STATES OF AMERICA, and
SLVRMC VALLEY REGIONAL MEDICAL CENTER,

    Defendants.

## MINUTE ORDER

**ORDER ENTERED BY MAGISTRATE JUDGE CRAIG B. SHAFFER**

    IT IS HEREBY ORDERED that the Stipulated Motion to Stay Discovery (filed May 2, 2006; *doc. no. 69*) is **GRANTED**. Discovery is stayed until 30 days after an answer to the complaint is filed by Defendant San Luis Valley Regional Medical Center.

    IT IS FURTHER ORDERED that the May 22, 2006, telephonic status conference remains set on the court's calendar.

**DATED:**    May 5, 2006