IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Craig B. Shaffer**

Civil Action No. 05-cv-00369-PSF-CBS

STEFANIE SUE JONES,

    Plaintiff,

v.

THE UNITED STATES OF AMERICA, and
SLVRMC VALLEY REGIONAL MEDICAL CENTER,

    Defendants.

## MINUTE ORDER

**ORDER ENTERED BY MAGISTRATE JUDGE CRAIG B. SHAFFER**

In light of the court's comments from the bench during the hearing on May 22, 2006,

IT IS HEREBY ORDERED that the Motion to Stay Discovery and for Protective Order (*doc. no. 66*) is **DENIED** as moot.

**DATED:**    May 24, 2006