IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Craig B. Shaffer**

Civil Action No. 05-cv-00369-PSF-CBS

STEFANIE SUE JONES,

    Plaintiff,

v.

THE UNITED STATES OF AMERICA,

    Defendant.

## MINUTE ORDER

**ORDER ENTERED BY MAGISTRATE JUDGE CRAIG B. SHAFFER**

    IT IS HEREBY ORDERED that the Motion to Vacate Cost Hearing (*doc. no. 98) is* **DENIED**, as moot.

**DATED:**	September 21, 2006