IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Craig B. Shaffer**

Civil Action No. 05-cv-00369-PSF-CBS

STEFANIE SUE JONES,

     Plaintiff,

v.

THE UNITED STATES OF AMERICA,

     Defendant.

---

## MINUTE ORDER

---

**ORDER ENTERED BY MAGISTRATE JUDGE CRAIG B. SHAFFER**

     Pursuant to the telephonic communications with counsel of record in this matter, this will confirm that the settlement conference set for November 16, 2006, is **VACATED**.

     Parties are **ORDERED** to submit comprehensive updated settlement statements no later than **December 18, 2006**.

**DATED:**     November 14, 2006