IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Phillip S. Figa

Civil Action No. 05-cv-00369-PSF-CBS

STEFANIE SUE JONES; and
DEAN JONES,

   Plaintiffs,

v.

THE UNITED STATES OF AMERICA,

   Defendant.

---

**ORDER RESETTING FINAL PRETRIAL CONFERENCE**

---

The final pretrial conference in this matter, previously set for February 12, 2007, is RESET for **Friday, March 16, 2007 at 4:00 p.m.**  The parties are DIRECTED to file a Final Pretrial Order no later than March 5, 2007.  If such pretrial order is filed by March 5, 2007, this final pretrial conference may be vacated.

   DATED:  February 21, 2007

                                        BY THE COURT:

                                        *s/ Phillip S. Figa*
                                        _____
                                        Phillip S. Figa
                                        United States District Judge