IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Phillip S. Figa

Civil Action No. 05-cv-00369-PSF-CBS

STEFANIE SUE JONES; and
DEAN JONES,

     Plaintiffs,

v.

THE UNITED STATES OF AMERICA,

     Defendant.

---

## ORDER VACATING FINAL PRETRIAL CONFERENCE

---

In light of the Final Pretrial Order in this matter (Dkt. # 116), filed March 9, 2007, the final pretrial conference set for March 16, 2007 at 4:00 p.m. is VACATED.

     DATED: March 13, 2007

                                       BY THE COURT:

                                       *s/ Phillip S. Figa*

                                       _____
                                       Phillip S. Figa
                                       United States District Judge