IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No. 05-cv-00369-RPM

STEFANIE SUE JONES,

        Plaintiff,

v.

UNITED STATES OF AMERICA,

        Defendant.

_____

ORDER VACATING FINAL TRIAL PREPARATION CONFERENCE
_____

        This case is scheduled for trial to the Court on April 16, 2007, commencing at 9:00 a.m.  Upon review of the Final Pretrial Order entered on March 20, 2007, and it appearing that there is no need for an additional conference, it is therefore

        ORDERED that the Final Trial Preparation Conference set for April 6, 2007 is vacated.

        DATED: March 28th, 2007

                              BY THE COURT:

                              s/Richard P. Matsch
                              _____
                              Richard P. Matsch, Senior Judge