# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Civil Action No. 05-cv-00369-RPM-CBS

STEFANIE SUE JONES,

    Plaintiff,

v.

UNITED STATES OF AMERICA,

    Defendant.

## ORDER

THIS MATTER having come before the Court on a stipulated motion to dismiss indicating the parties have settled this case, and the Court having considered said motion, it is hereby;

ORDERED that this matter is dismissed with prejudice, the parties to pay their own costs, the Court retaining jurisdiction to enforce the terms of the Stipulation for Compromise Settlement, if necessary.

DATED this 5th day of April, 2007.

BY THE COURT:

s/Richard P. Matsch

RICHARD P. MATSCH
United States District Judge